ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tridentis, LLC | ) ASBCA No. 63494 |
| | ) |
| Under Contract No. N32205-21-F-0390 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. David K. Jochum
                                                         President
                                                         Alexandria, Virginia

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                            Navy Chief Trial Attorney
                                                          Ann Calabrese, Esq.
                                                          Max B. Jenkins, Esq.
                                                            Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 24, 2023

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63494, Appeal of Tridentis, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals